JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF CARPENTER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ONEWEST BANK, FSB; and DOES 1 to 20, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV 12-00895 MMM (OPx)<br><br>JUDGMENT FOR DEFENDANTS |

On March 6, 2012, defendant OneWest Bank, FSB moved to dismiss plaintiff's complaint for lack of subject matter jurisdiction. The court entered an order granting the motion on April 23, 2012. Therefore,

　　　　IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: April 25, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE